JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL FERNANDEZ, et al.,<br><br>                    Plaintiffs,<br><br>           v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | No. 8:20-cv-00860 JVS (JDEx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

/ / /

/ / /

|     |     |
| --- | --- |
| 1   | IT IS SO ORDERED that pursuant to the separately filed Stipulation for |
| 2   | Compromise Settlement, this action is hereby dismissed with prejudice.  Each |
| 3   | party to bear its own costs and fees. |

DATED: _September 07, 2021

*[signature: James V Selna]*

UNITED STATES DISTRICT JUDGE
JAMES V SELNA

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant
United States of America